UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WARREN PROSTROLLO, on behalf of himself and the statutory beneficiaries of Jason Prostrollo and as the personal representative of the Estate of Jason Prostrollo, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> CITY OF SCOTTSDALE, a municipality organized under the laws of the State of Arizona, and RONALD BAYNE, in his individual and official capacities as a Lieutenant with the City of Scottsdale Police Department, <br><br> Defendants-Appellees. | No.  14-16921 <br><br> D.C. No. 2:12-cv-01815-SMM <br> District of Arizona, <br> Phoenix <br><br><br> ORDER |

Before:  MELLOY,* CLIFTON, and WATFORD, Circuit Judges.

Defendants' motion for attorney's fees on appeal is DENIED.  Plaintiff's

claims were not frivolous, unreasonable, or without foundation, so defendants are

not entitled to fees under 42 U.S.C. § 1988(b) for their work in defending against

plaintiff's federal claims.  *See Fox v. Vice*, 563 U.S. 826, 833 (2011).  Defendants

_____

        *        The Honorable Michael J. Melloy, Circuit Judge for the U.S. Court of
Appeals for the Eighth Circuit, sitting by designation.

could perhaps recover fees under Ariz. Rev. Stat. § 13-420 for their work in defending against plaintiff's state law claims, but only if the work was necessary for defense against the state law claims alone. *See Hubbard v. SoBreck, LLC*, 554 F.3d 742, 745 (9th Cir. 2009). Here, none of the work performed on appeal related solely to a defense of the state law claims, as evidenced by the fact that defendants' brief did not contain any independent analysis of the state law claims. It merely asserted that defendants should prevail on the state law claims for the same reasons they were entitled to prevail on the federal claims.

Defendants' motion in the alternative to transfer their request for attorney's fees on appeal to the district court is DENIED.

Plaintiff's request for attorney's fees incurred in responding to defendants' fee application is DENIED.